IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 06-cv-01252-BNB

AUG 1 - 2006

CORTEZ EDWARD WALKER,

GREGORY C. LANGHAM
CLERK

Applicant,

v.

ALLAN F. STANLEY,
DEBORAH C. ALLEN,
VERNE R. SAINT VINCENT,
TOM WATERS, and
NATHAN OLDORF,

Respondents.

_____

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

_____

Applicant Cortez Edward Walker has filed a Prisoner's Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an

application for a writ of habeas corpus.  On July 28, 2006, he submitted and the Court

filed a certified account statement.  The Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action will be granted.

Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action is granted.  It is

FURTHER ORDERED that the motions submitted by Mr. Walker and filed on

July 13, 2006 (docket number 13), and July 26, 2006 (docket number 21) are denied as

moot.  It is

FURTHER ORDERED that process shall not issue until further order of the Court.

DATED August 1, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 06-cv-01252-BNB

Cortez Edward Walker
Prisoner No. 56375
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81002

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___ 8·/-06

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk