IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01252-ZLW

CORTEZ EDWARD WALKER

        Applicant,

v.

ALLAN F. STANLEY,
DEBORAH C. ALLEN,
VERNE R. SAINT VINCENT,
TOM WATERS, and
NATHAN OLDORF,

        Respondents.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

        Applicant submitted a Notice of Appeal on September 18, 2006.  The court has

determined that the document is deficient as described in this order.  Applicant will be

directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
       **X**     is not submitted

**(B)**    **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
       __     is not submitted
       __     is missing affidavit
       **X**     is missing required financial information
       __     is missing an original signature by the prisoner
       __     is not on proper form (must use the court's current form)
       __     other_____

Applicant also submitted an Affidavit on September 18, 2006.  In the Affidavit,

Applicant alleges that in the past he has been unable to obtain a certified copy of his trust fund account statement from his case managers.  This court requires Applicant either to pay the appellate filing fee or to submit a certified copy of his account statement in order to obtain leave to proceed pursuant to 28 U.S.C. § 1915 on appeal. Applicant has failed to submit to the court documentation showing that he has requested and been denied a certified account statement.  Accordingly, it is

ORDERED that within thirty (30) days from the date of this order Applicant cure the deficiencies designated above or submit documentation indicating the reason or reasons he is unable to obtain and submit a certified copy of his trust fund account statement.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if Applicant fails within 30 days from the date of this order to cure the designated deficiencies or to show cause to the Court's satisfaction why he is unable to do so, the court of appeals will be so notified.

DATED at Denver, Colorado this   22   day of       September      , 2006.

BY THE COURT:

_Zita L. Weinshienk_

ZITA L. WEINSHIENK, Senior Judge

2

United States District Court